Afshin Afsharimehr
BLACKMORE LAW PLC
2828 N. Central Ave
10th Floor
Phoenix, AZ 85004
Arizona State Bar No. 031107
Fax: 855-744-4419
E-Mail: afshin@blackmorelawplc.com
Telephone: 888-835-2993

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>    Plaintiff,<br><br>v.<br><br>Bashas' Inc., an Arizona corporation,<br><br>    Defendant. | No. CV-20-1939-PHX-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice of voluntary dismissal of this case without prejudice.

Respectfully Submitted,

BLACKMORE LAW PLC

By: /s/ Afshin Afsharimehr
Afshin Afsharimehr
*Attorney for Plaintiff*

Dated: March 29, 2021

1